# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __OKLAHOMA__

UNITED STATES OF AMERICA

V.

ARIEL JAMES PENNINGTON

__ON BOND OUT OF CENTRAL DISTRICT OF CALIFORNIA__
Type of Case

☐ CIVIL    ☒ CRIMINAL

**NOTICE OF HEARING**

CASE NUMBER: CR-22-22-JD

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| William J. Holloway, Jr. United States Courthouse<br>200 N. W. 4th Street<br>Oklahoma City, Oklahoma 73102 | **Courtroom No. 201** |
| | DATE AND TIME |
| | **Wednesday, March 9th, 2022 at 3:00 P.M.** |

TYPE OF PROCEEDING

ARRAIGNMENT

TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED DATE AND TIME |
|---|---|---|
| William J. Holloway, Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK 73102 | | |

<u>GARY M PURCELL</u>
U.S. MAGISTRATE JUDGE

<u>March 7, 2022</u>
DATE

<u>s/Carrie James</u>
(BY) DEPUTY CLERK