W/F; A; **C/P** COURTROOM MIN. SHEET                              DATE  4/6/2022

CR. CASE NO. CR-22-000022-JD                         U.S.A. -v-  ARIEL JAMES PENNINGTON

COMMENCED  9:55 a.m.           ENDED  10:40 a.m.         TOTAL TIME   45 minutes

JUDGE JODI W. DISHMAN      DEPUTY NYSSA VASQUEZ      REPORTER SUSAN FENIMORE

COUNSEL FOR PLF.   Virginia Lori Hines, AUSA

COUNSEL FOR DFT.  Kenny R. Goza, Retained

PROCEEDINGS:        waive/file & plea              Arraignment           **CHANGE OF PLEA**

MINUTE:     Enter as above.              Defendant's Age: 35 y.o.

Dft. appears in person with court-appointed counsel.

Is fully apprised.        Waives Counsel.        Waives jury.     WAIVES INDICTMENT.

ENTERS PLEA OF GUILTY to COUNT(S) 1 of the 2-Count Indictment filed on 01/18/2022.

Count 2 of the 2-Count Indictment filed on 01/18/2022 to be dismissed at time of sentencing.

Plea(s) accepted and referred to Probation Officer.

Bond Set At _____                              STAND ON PRESENT BOND

Remanded to U.S. Marshal         Remanded to U.S. Magistrate for processing bond.

MAXIMUM PENALTY  Count 1 – Not more than 20 years imprisonment; Not more than $250,000 fine, or both such fine and imprisonment; Not more than 3 years Supervised Release; $100 SA Fee.

MINIMUM MANDATORY PENALTY    N/A

If sentenced - subject to SUPERVISED RELEASE, TERM OF Count 1 – Not more than 3 years.

If SUPERVISED RELEASE is revoked, an additional TERM OF  Count 1 – Not more than 2 years.

SUBJECT TO YCA    N/A  .

ENTER ORDER:  Defendant sworn. Sentencing hearing to be set upon the completion of the final presentence report. Defendant released back out on $15,000 appearance bond with general and additional conditions imposed.